# MEMORANDUM DECISIONS

AARON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Isidor H. Aaron against Nellie Thompson. No opinion. Judgment affirmed, without costs.

ABENHEIMER v. GINSBURG et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Louis H. Abenheimer against Alfred S. Ginsburg, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ABSALOM v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Gomer Absalom against the New York Edison Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ADLER, Respondent, v. FURST, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by A. Sanford Adler against Charles S. Furst. W. L. Stone, of New York City, for appellant. M. L. Malevinsky, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADLER, Appellant, v. NATHANSON, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Jacob P. Adler against Charles H. Nathanson. J. A. Seidman, of New York City, for appellant. A. H. Sarasohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 915, 133 N. Y. Supp. 1111.

ADLER, Respondent, v. WEIS & FISHER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Simon L. Adler, as trustee in bankruptcy of the Rochester Sanitarium & Baths Company, a corporation, against the Weis & Fisher Company.

PER CURIAM. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

FOOTE, J., not sitting.

AHERN, Appellant, v. LAW, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by John F. Ahern against Charles B. Law, as Sheriff of the County of Kings. No opinion. Order affirmed, with $10 costs and disbursements.

ALICIA REALTY CO., Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by the Alicia Realty Company against John L. Miller. W. F. Earp, of New York City, for appellant. F. Colety, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ALLEN, Appellant, v. WARDEN OF DANNEMORA STATE'S PRISON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Habeas corpus by James F. Allen against the Warden of Dannemora State's Prison. No opinion. Order affirmed.

ALLENZA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Frank Allenza, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs. For opinion below, see 78 Misc. Rep. 659, 138 N. Y. Supp. 1024. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1096.

ALLENZA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Frank Allenza, as administrator, etc., against the Erie Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1096.

ALLGAIER, Appellant, v. COHEN, FRANK & CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by William J. Allgaier against Cohen, Frank & Co. and others. No opinion. Motion granted, without costs, and order (160 App. Div. 903, 144 N. Y. Supp. 1103) amended, so as to provide that the service of the said bill must be made within 10 days from the date of the service of the amended order.

ALLWYN REALTY CO. v. BARTH. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Allwyn Realty Company against Mary G. Barth. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 160 App. Div. 928, 145 N. Y. Supp. 1111; 146 N. Y. Supp. 960.

In re ALLIS. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the judicial settlement of the accounts of Emeline T. Allis, as administratrix, etc., of Seth Thompson, deceased. No opinion. Decree unanimously affirmed, with costs.

AMANNA, Appellant, v. VILLAGE OF MT. KISCO, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Salvatore Amanna against the Village of Mt. Kisco. No opinion. Order affirmed, with $10 costs and disbursements.